**GRIFFIN ELECTRIC COMPANY, INC.,**
**Appellant,**

v.

**Robert A. MOTTLEY, Administrator of the Estate of Larry Robert Mottley, Deceased, and the Workmen's Compensation Board of Kentucky, Appellees.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Warren Circuit Court; Thomas W. Hines, Judge.

William J. Rudloff, David F. Broderick, Harlin, Parker, Cole & Rudloff, Bowling Green, for appellant.

John M. Milliken, Gregory Y. Dunn, Milliken & Milliken, Bowling Green, for appellees.

Memorandum Opinion PER CURIAM, Reversing.*

**Robert Bernard DIEHL, Jr., Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Jefferson Circuit Court; John P. Hayes, Judge.

Steven B. Strepey, Staff Attorney, Louisville-Jefferson County Public Defender, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Joseph L. Famularo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Stanley L. WILLIAMS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Hardin Circuit Court; James T. Hatcher, Judge.

James A. Crumlin, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Miles H. Franklin, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Joseph HENDERSON, Jr., Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Hardin Circuit Court; James T. Hatcher, Judge.

James A. Crumlin, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Miles H. Franklin, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.